## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | **DATE FILED:** _____ |
| **GAAFAR MOHAMMED EBRAHIM AL-WAZER** | : | **VIOLATION:** 18 U.S.C. § 1001(a)(2) (false statements - 1 count) |

## INFORMATION

## COUNT ONE

### THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 18, 2018, in the Western District of Pennsylvania, defendant

### GAAFAR MOHAMMED EBRAHIM AL-WAZER,

in a matter within the jurisdiction of the Department of Homeland Security ("DHS"), United States Citizenship and Immigration Services ("USCIS"), an agency of the executive branch of the United States, knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation, in that defendant AL-WAZER replied "No" when asked by a USCIS officer during his Temporary Protected Status application interview at DHS' Pittsburgh, Pennsylvania Field Office, if in any conflict in Yemen he had ever sided with the Houthis, Ansar Allah, the Yemeni government or anyone else, through financial or other support.

In violation of Title 18, United States Code, Section 1001(a)(2).

*[signature]*
**JENNIFER ARBITTIER WILLIAMS**
**Acting United States Attorney**

*No.*_____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

Gaafar Mohammad Ebrahim Al-Wazer

INFORMATION

Counts

18 U.S.C. 1001(a)(2) (false statements - 1 count)

A true bill.

_____
Foreman

Filed in open court this _____day,
Of _____A.D. 20_____
_____
Clerk

Bail, $_____